IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 13-22192CMB |
| Eleanor M. Linn | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| Vs. | ) | |
| Eleanor M. Linn | ) | |
| | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a hearing on the Trustee's motion will be held on **September 19, 2018 at 10:00 a.m. before Judge Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.**  Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response **BY September 10, 2018.**

|  | /s/ Ronda J. Winnecour |
|---|---|
| 8-21-18 | Ronda J. Winnecour (PA I.D.#30399) |
| date | Attorney and the Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 13-22192-CMB
Eleanor M. Linn                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dsaw              Page 1 of 2          Date Rcvd: Aug 22, 2018
                              Form ID: pdf900         Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
db            +Eleanor M. Linn,    1139 California Avenue,    McKeesport, PA 15131-1346
aty           +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,   600 Grant Street,
                Pittsburgh, PA 15219-2719
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA  15219
13698826       Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13642815       Duquesne Light Company,    c/o Peter J. Ashcroft, Esq.,    Bernstein Law Firm PC,
                Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
13642816      +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive,
                2nd Floor,   Pittsburgh, PA 15212-5860
13644998      +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13642818      +Pnc Bank, N.a.,    Po Box 3180,   Pittsburgh, PA 15230-3180
13642819      +Pnc Mortgage,    6 N Main St,   Dayton, OH 45402-1908
13642820       Udren Law Office,   ATTN: Paige Bellino,    Woodcrest Corporate Center,   Suite 200,
                Cherry Hill, NJ 08003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13642813       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2018 01:58:57     Capital One, N.A.,
                Capital One Bank,   PO Box 85015,   Richmond, VA 23285
13642811      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2018 01:58:57     Cap One,
                Po Box 5253,   Carol Stream, IL 60197-5253
13642812      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2018 01:58:57     Capital One, N.a.,
                Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
13642814      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 23 2018 01:58:45     Credit One Bank,
                Po Box 98873,   Las Vegas, NV 89193-8873
13659075      +E-mail/Text: kburkley@bernsteinlaw.com Aug 23 2018 01:53:31     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13642817      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 23 2018 01:52:39     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13708284       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2018 02:12:36
                Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr*            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13709967*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                       Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
         Albert G. Reese, Jr.   on behalf of Debtor Eleanor M. Linn areese8897@aol.com,
          agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
         Andrew F Gornall    on behalf of Creditor   PNC Bank, National Association
          andygornall@latouflawfirm.com
         James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2           User: dsaw                 Page 2 of 2                  Date Rcvd: Aug 22, 2018
                               Form ID: pdf900            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com, cblack@udren.com

        TOTAL: 8