## PROCEEDING MEMO

Date: 09/19/2018 10:00 am

In re: Eleanor M. Linn

Bankruptcy No. 13-22192-CMB
Chapter: 13
Doc. # 68

Appearances:

Movant(s):    ~~Winnecour~~ ~~Paul~~ ~~Katz~~ DeSimone

Respondent(s):    Albert G. Reese, Esq. for Debtor

Creditor(s):

Nature of Proceeding:  # 68 Trustee's Motion to Dismiss Case

Additional Pleadings: #69 Notice of Hearing
                      #72 Debtor's Response

Judge's Notes:

Outcome:

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:        Movant(s) brief due____days
                        Respondent(s) brief due____days
                        Trustee's brief due____days

DeSimone: Debtor was short $130. Attorney Reese just handed copy of money order for that amount. Debtor needs to take over long term continuing debt payments as of August.
Reese: will advise Debtor.
Cont'd until payment verified. Cont'd to 11/7 at 10am with idea that Trustee will withdraw if can.

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
9/19/18 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22192-CMB
Eleanor M. Linn                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1          Date Rcvd: Sep 19, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db            +Eleanor M. Linn,    1139 California Avenue,    McKeesport, PA 15131-1346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
          Albert G. Reese, Jr.   on behalf of Debtor Eleanor M. Linn areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          Andrew F Gornall   on behalf of Creditor   PNC Bank, National Association
           andygornall@latouflawfirm.com
          James Warmbrodt   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Stuart P. Winneg   on behalf of Creditor   PNC Bank, National Association swinneg@udren.com,
           cblack@udren.com
                                                                                    TOTAL: 8